No. 2795. Maricht et al., Appellants, v. Heirs of Román, Appellees.—District Court of Ponce.—No. 2937. Solá, Appellant, v. Manrique et al., Appellees.—District Court of Humacao. — No. 2918. Laviosa, Appellant, v. Heirs of Abril, Appellees.—First District Court of San Juan.—No. 2649. Arrufat, Appellant, v. Ortiz, Appellee. — District Court of Humacao. — No. 2497. Aguiar, Appellant, v. Vieira, Appellee.—District Court of San Juan, Section 1.— No. 2971. Colón, Appellant, v. Caracciolo, Appellee. — District Court of Ponce.—No. 2876. Soliván, Appellant, v. Colón, Appellee.—District Court of Guayama. Divorce.— No. 2643. Díaz, Appellant, v. Municipal Judge of San Juan, Appellee.—Certiorari. First District Court of San Juan.—No. 2500. Arzuaga et al., Appellants, v. The Porto

RICO RAILWAY, LIGHT & POWER CO., APPELLEE.—District Court of San Juan, Section 1. Decided April 23, 1923. The parties not having appeared on the day set for the hearings, the appeals are dismissed for abandonment.